IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAVON GARDNER                                                                                    PLAINTIFF

v.                                              No. 3:17CV00298 JLH

EDDIE WEEMS, Police Officer,
Trumann Police Department                                                                   DEFENDANT

## ORDER

On November 6, 2017, the Court administratively terminated this proceeding pending final disposition of Javon Gardner's criminal charges. Gardner has now filed a motion to reopen the case, stating that his criminal charges have been fully resolved. The motion is GRANTED. Document #5. This case is hereby reopened.

Gardner was detained at the Poinsett County Detention Center when he filed his complaint in this action. The Court granted his initial motion for leave to proceed *in forma pauperis* and directed that monthly payments be made from his prisoner account to pay the filing fee. Gardner's motion does not state his current address. Gardner must provide the Clerk of Court with his current address within thirty (30) days of the entry of this Order. Failure to comply with this Order may result in this case being dismissed without prejudice pursuant to Local Rule 5.5(c)(2).

IT IS SO ORDERED this 27th day of February, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE