# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JAVON GARDNER                                                                                  PLAINTIFF

V.                              3:17CV00298 JLH-JTK

EDDIE WEEMS                                                                                DEFENDANT

## ORDER

Defendant Eddie Weems has informed the Court that correspondence and discovery requests set to Plaintiff Javon Gardner at the Greene County Detention Facility were returned as undeliverable. (Doc. No. 14).

On March 21, 2018, Plaintiff notified the Court of a change of address. (Doc. No. 8). At that time, he provided the address of the Greene County Detention Center as his address of record. (*Id.*). Plaintiff has not notified the Court of any change in address after that time.

Upon filing this case, Plaintiff was informed that he must comply with the Federal Rules of Civil Procedure and the Local Rules for the Eastern District of Arkansas, including Local Rule 5.5(c)(2). (Doc. No. 3). He was warned that "[i]t is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address . . . ." (*Id.*). Plaintiff has apparently changed addresses but has not provided the Court with his new information. Accordingly, Plaintiff is directed to provide the Court with his new address within thirty (30) days of the date of this Order. If Plaintiff fails to do so, the Court will recommend that this case be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

IT IS SO ORDERED this 14th day of November, 2018.

                                                                                           _____
                                                                                           JEROME T. KEARNEY
                                                                                           UNITED STATES MAGISTRATE JUDGE