**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

JAVON GARDNER                                                                              PLAINTIFF

v.                                          NO:  3:17CV00298 JLH

EDDIE WEEMS                                                                              DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney.  No objections have been filed.  After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that

1.      Plaintiff's Complaint is DISMISSED without prejudice.

2.      The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this Recommendation would not be taken in good faith.

IT IS SO ORDERED this 8th day of January, 2019.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE