# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JAVON GARDNER                                                                                    PLAINTIFF

v.                              NO: 3:17CV00298 JLH

EDDIE WEEMS                                                                                      DEFENDANT

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 8th day of January, 2019.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE